U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA
AUG 2 6 2008
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO. 04-10014/02 |
|---|---|
| -vs- | JUDGE DRELL |
| DEMOND FLEMING | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law and the facts of this case, specifically finding that the sentence imposed was correct in any event ( see Doc No. 39 that triggered the enhanced sentence of ten years minimum incarceration pursuant to 21 U.S.C. § 841(b)(1)(B));

IT IS ORDERED that defendant's letter motion to correct sentence (Doc. No. 84) is DENIED and DISMISSED.

SIGNED on this 26th day of August, 2008, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE